UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 14-CR-62 (RMC) |
| | : | |
| YVETTE HADEN, | : | <u>UNDER SEAL</u> |
| | : | |
| Defendant. | : | |

## CONSENT MOTION TO UNSEAL THE DOCKET

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an Order unsealing the docket in this case, i.e., all docket sheets, the Information, the plea agreement between the government and defendant, the Statement of Offense, and all other documents and orders filed in this case, including this motion and the proposed order.[1] In support of this motion, the United States represents the following:

1. On March 19, 2014, the government filed a two-count Information charging defendant Yvette Haden ("defendant") with one count of Conspiracy to Defraud the Government with Respect to Claims, in violation of 18 U.S.C. § 286, and one count of Bank Fraud, Aiding and Abetting, in violation of 18 U.S.C. §§ 1344 and 2.

2. Also on March 19, 2014, the government filed a Motion to Seal Information, which the Court granted.

3. On April 10, 2014, defendant pleaded guilty in this matter to one count of Conspiracy to Defraud the Government with Respect to Claims, in violation of 18 U.S.C. § 286, and one count of Bank Fraud, Aiding and Abetting, in violation of 18 U.S.C. §§ 1344 and 2.

4. In its motion to seal, the government cited as the primary grounds for its request the

---

[1] In order to comply with the local rules and Department of Justice policies, Exhibits A, B, and C to the Government's Memorandum in Aid of Sentencing have now been submitted in redacted form for purposes of public disclosure.

ongoing cooperation of defendant.

5. As the parties previously informed the Court, in the Joint Notice Regarding Status of Case, filed on September 3, 2014, the cooperation of the instant defendant is no longer needed. Accordingly, the grounds cited in the Government's Motion to Seal Information no longer apply.

5. Defense counsel indicated to undersigned counsel via email on January 8, 2015, that defendant consents to this motion.

**WHEREFORE,** for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that this consent motion be granted and that the Court unseal the docket in this case, i.e., all docket sheets, the Information, the plea agreement between the

government and defendant, the Statement of Offense, and all other documents and orders filed in this case, including this motion and the proposed order.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney for
 the District of Columbia
D.C. Bar No. 447889

By: /s/ Ellen Chubin Epstein
ELLEN CHUBIN EPSTEIN
Assistant U.S. Attorney
D.C. Bar No. 442861
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1773
Ellen.Chubin@usdoj.gov

JESSICA MORAN
V.A. Bar. No. 85330
JEFFREY BENDER
Trial Attorneys
Department of Justice, Tax Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 305-9814

### Certificate of Service

I hereby certify that a copy of the foregoing Consent Motion to Unseal the Docket has been provided via email to counsel for the defendant, Nathan I. Silver, Esq., nisquire@aol.com, on this 9th day of January, 2015.

/s/ Ellen Chubin Epstein
ELLEN CHUBIN EPSTEIN
Assistant United States Attorney